# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RON S. MACALUSO

VERSUS

FIRST GUARANTY

    CONSOLIDATED WITH

FIRST GUARANTY BANK

VERSUS

UNIVERSITY PLACE, L.L.C.,
CROWE INVESTMENTS, L.L.C.,
CHEVY'S ON THE AVENUE,
L.L.C.,GORDON M. CROWE, JR.
AND RON S. MACALUSO

NO.  2021 CW 1139

**DECEMBER 20, 2021**

---

In Re:    First Guaranty Bank, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, Nos. 2010-000157 c/w 2011-000201.

---

**BEFORE:   WELCH, THERIOT, AND HESTER, JJ.**

    **WRIT GRANTED WITH ORDER.** The portion of the trial court's July 26, 2021 judgment, which denied in part the Motion for Partial Summary Judgment filed by the plaintiff, First Guaranty Bank, is vacated. The plaintiff raised objections to the evidence submitted by the defendant, Ron S. Macaluso. However, the trial court failed to rule on the admissibility of all such evidence. La. Code Civ. P. art. 966(D)(2) provides that the court shall specifically state on the record or in writing which documents, if any, it held to be inadmissible or declined to consider. This matter is remanded to the trial court for compliance with La. Code Civ. P. art. 966(D)(2), and a ruling on the motion for partial summary judgment filed by the plaintiff after determination of any evidentiary issues, pursuant to La. Code Civ. P. art. 966(C)(b)(4).

                        **JEW**
                        **MRT**
                        **CHH**

COURT OF APPEAL, FIRST CIRCUIT

  DEPUTY CLERK OF COURT
      FOR THE COURT